UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09
```

HOPECOAST SHIPPING COMPANY LTD.,

                    Plaintiff,

-v-

KYSCO SHIPPING CO. LTD.,

                    Defendant.

No. 08 Civ. 8169 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's motion for summary judgment and supporting papers. IT IS HEREBY ORDERED THAT, by October 12, 2009, Plaintiff shall serve Defendant by registered mail with a copy of the motion, the supporting papers, and this Order.

IT IS FURTHER ORDERED THAT:

    By November 12, 2009, Defendant shall submit its papers in opposition to Plaintiff's motion.

    By November 25, 2009, Plaintiff shall submit its reply.

    On December 3, 2009 at 2:30 p.m., the parties shall appear before the Court for oral argument.

SO ORDERED.

Dated:    October 5, 2009
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE